

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00250-CR

## EX PARTE WILLIAM C. WEBB

_____

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2012-678-C2E

---

## MEMORANDUM  OPINION

---

William C. Webb filed a pro se notice of appeal arising out of his pro se application for writ of habeas corpus in his pending criminal case.  In an August 14, 2013 letter, the Clerk notified Webb that this appeal was subject to dismissal for want of jurisdiction because it appeared that the trial court had not ruled on Webb's application for writ of habeas corpus and that the Court may dismiss this appeal unless, within 14 days, Webb showed grounds for continuing the appeal.  Webb has not filed a response showing grounds for continuing the appeal; therefore, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Dismissed
Opinion delivered and filed September 19, 2013
Do not publish
[CR25]